

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2021

**BY ECF**
The Hon. Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021
```

Re:   *United States v. Aboubakar Bakayoko*, S3 19 Cr. 808 (VEC)

Dear Judge Caproni:

      The Government writes to inform the Court that the parties have agreed to enter into a deferred prosecution agreement for defendant Aboubakar Bakayoko in the above-captioned matter and respectfully request that the Court schedule a proceeding to enter the deferred prosecution agreement. The parties have conferred and are available for such a proceeding on June 8, 2021, and June 9, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:  *Elizabeth A. Espinosa* (signature)
Elizabeth A. Espinosa/Danielle M. Kudla
Assistant United States Attorney
(212) 637-2216/-2304

---

The proceeding will be held **in person** on **June 9 at 11:00 a.m.** in Courtroom 443. Members of the public may attend the hearing by dialing 888-363-4749, using the access code 3121171, and the security code 0808.

SO ORDERED.

*Valerie Caproni* (signature)   6/4/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE