# MATTHEW J. KLUGER
### ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

March 2, 2022

BY ECF
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2022

    **Re:** **United States v. Aboubakar Bakayoko**
           **S3 19 Cr. 808 (VEC)**

Dear Judge Caproni,

    Bail in this matter was set on November 14, 2019. As a condition of his release, Mr. Bakayoko was required to surrender his passport to Pretrial Services. On or about June 9, 2021, Mr. Bakayoko entered into a deferred prosecution agreement that provided for a six-month term of supervision. On December 9, 2021, Bakayoko successfully completed the pretrial diversion period. Thereafter, the Government recommend that an order of *nolle prosequi* be filed. On December 10, 2021, upon the Government's recommendation, the Court signed an order of *nolle prosequi* effectively ending the case.

    The matter having now been resolved, Mr. Bakayoko respectfully requests that the Court order Pretrial Services to return the passport to Mr. Bakayoko forthwith.

    AUSA Elizabeth Espinosa has no objection to this request.

    Thank you.

Respectfully,
/s/ *Matthew J. Kluger*
Matthew J. Kluger

**SO ORDERED**

Dated: New York, NY
       March  2  , 2022

_____
HON. VALERIE E. CAPRONI, USDJ

cc:    AUSA Elizabeth Espinosa